EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR02 00159 HG |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| | ) | [21 U.S.C. 846] |
| VS. | ) | |
| RICHARD R. RENTERIA, | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges that:

on or about March 9, 2002, in the District of Hawaii and elsewhere, defendant Richard R. Renteria knowingly and intentionally attempted to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846,



SEALED
BY ORDER OF THE COURT

841(a)(1), and 841(b)(1)(B).

DATED: Honolulu, Hawaii, April 24, 2002.

A TRUE BILL.

/s/

GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

<u>USA v. Renteria</u>, USDC-Hawaii, Indictment.

2